# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **AUGUST 5, 2005**

DIGITAL RECORDING: **1:41 p.m. - 11:59 p.m.**

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE: **DELORES R. BOYD**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05MJ89-DRB**   DEFT. NAME: **SANDRA DIXON**

USA: **SUSAN REDMOND**   ATTY: **DONNIE BETHEL**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO ( ) Stand In ONLY

USPTSO/USPO: **TAMARA MARTIN**

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

---

- [x] kars.   Date of Arrest **8/5/05**   or ☐ karsr40
- [x] ia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- [x] cnsl.   Deft. First Appearance with Counsel
- ☐   Deft. First Appearance without Counsel
- ☐   Requests appointed Counsel   [x] **ORAL MOTION for Appointment of Counsel**
- [x] finaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- [x] koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- [x] kdmhrg.   **Detention Hearing** ☐ held; [x] set for **8/8/05 @ 3:30**
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐   Preliminary Hearing ☐ Set for _____
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
  ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt   **Waiver of Speedy Trial Act Rights Executed**