# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Sandra G. Dixon                               Case Number: 2:05mj89-B

Name of Releasing Judicial Officer: Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: August 8, 2005

Original Offense: 18 U.S.C. § 1344(2)

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: Unknown

Assistant U.S. Attorney: Susan Redmond                           Defense Attorney: Don Bethel

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) Condition 7p: "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances." | On August 9, 2005, Dixon submitted to a drug screen. On August 16, 2005, test results were received which revealed Dixon's drug screen was positive for cocaine. |
| 2) Condition 7p: "The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances." | On August 18, 2005, Dixon submitted to a drug which tested presumptive positive for cocaine. Dixon admitted to using cocaine on August 16, 2005. |

Supervision history of defendant and actions taken by officer: The defendant was released less than one day before using cocaine and violating her bond conditions.   The probation officer recommends that a warrant for Dixon's arrest be issued and that Dixon's bond be revoked.

PS 12C
(8/03)

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

                                        Respectfully submitted,

                                    by  /s/ Kevin Poole

                                        Kevin Poole
                                        U.S. Probation Officer
                                        Date: August 22, 2005

Reviewed and approved: /s/
                       Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                        /s/
                                        Signature of Judicial Officer

                                        August 23, 2005
                                        Date