AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA
V.
SANDRA G. DIXON

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:  2:05mj89-B

I, _____Sandra G. Dixon_____, charged in a ☐ complaint  X petition pending in this District _____Violation of Conditions of Supervised Release_____

in violation of _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a   ☐ examination   X hearing  , do hereby waive (give up) my right to a preliminary  ☐ examination   X hearing.

_____Sandra Dixon_____
Defendant

25 August 2005
Date

_____[signature]_____
Counsel for Defendant