FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP - 8 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR214-T |
| | ) | [18 USC 1344(2)] |
| SANDRA G. DIXON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about August 4, 2005, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

SANDRA G. DIXON,

did knowingly attempt to execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of Regions Bank, a financial institution by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Susan R. Redmond
Assistant United States Attorney