IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-00214-T |
| | ) | |
| SANDRA G. DIXON | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for September 21, 2005, in the above-styled case.

You are DIRECTED to produce the following named prisoner: **SANDRA G. DIXON** before the United States District Court at Courtroom 5B, on the 21st day of September, 2005, at 10:00 a.m..

DONE, this the 13th day of September, 2005.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc: Sandra G. Dixon
    Donnie Bethel
    United States Attorney
    United States Pretrial Services
    United States Probation Office