| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 21, 2005 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:37 - 11:41 | |

√ **ARRAIGNMENT**     ❐ **CHANGE OF PLEA**     ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**     ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr214-T     **DEFENDANT NAME:** Sandra G. Dixon
**AUSA:** Verne Speirs     **DEFENDANT ATTORNEY:** Donnie Bethel
standing in for Susan Redmond     Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
     ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

❐ This is defendant's **FIRST APPEARANCE.**
❐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**     √ **Not Guilty**
        ❐ **Guilty as to:**
            ❐ Count(s):
            ❐ Count(s):            ❐ dismissed on oral motion of USA
                            ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   1/23/06       √ **WAIVER OF SPEEDY TRIAL** filed.
        **DISCOVERY DISCLOSURE DATE: 9/21/05**
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
        ❐ Trial on _____; ❐ Sentencing on _____
❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
        ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:   ❐ Waiver of Conflict of Interest Form executed
        ❐ Defendant requests time to secure new counsel