| COURTROOM DEPUTY'S MINUTES | DATE: October 17, 2005 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:54 - 3:56 |

## PRETRIAL CONFERENCE

| PRESIDING MAG. JUDGE. Susan Russ Walker | DEPUTY CLERK: Joyce Taylor |
|---|---|
| CASE NUMBER: 2:05cr214-T | DEFENDANT(S) Sandra G. Dixon |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick standing in for Susan Redmond | * | Donnie Bethel |

☐ **DISCOVERY STATUS:**
　　Completed except for audio recording

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
　　Defendant will plea - waiting on plea agreement from Government
　　Plea date - Jan. 17, 2006

☐ **TRIAL STATUS**
　　Trial time - 2 days

☐ **REMARKS:**