IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-214-T |
| | ) | |
| SANDRA G. DIXON | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on November 8, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Sandra G. Dixon, to Leighton Greenlee, United States Secret Service, and/or Kenneth Hedgepeth, United States Secret Service, and/or Marty Johnson, United States Secret Service, on November 8, 2005, through February 8, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Leighton Greenlee, United States Secret Service, and/or Kenneth Hedgepeth, United States Secret Service, and/or Marty Johnson, United States Secret Service, return said prisoner into the custody of the United States Marshals Service when they have finished with her.

Done this the _____ day of November, 2005.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE