| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 6, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 3:00 - 3:22 |
| | **COURT REPORTER:** Risa Entrekin |

❏ **ARRAIGNMENT**   √**CHANGE OF PLEA**   ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**   ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr214-T   **DEFENDANT NAME:** Sandra G. Dixon
**AUSA:** Susan Redmond   **DEFENDANT ATTORNEY:** Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
**PLEA:**   ❏ Not Guilty
   √**Guilty as to:**
       √**Count(s):** 1 of the Indictment
       ❏ **Count(s):**   ❏ dismissed on oral motion of USA
              ❏ to be dismissed at sentencing
√Written plea agreement filed   ❏ **ORDERED SEALED**
√**ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the
    Indictment
❏ **CRIMINAL TERM:**      ❏ **WAIVER OF SPEEDY TRIAL** filed.
          **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
       ❏ Trial on _____; ❏ Sentencing on _____
√**ORDER:** Defendant remanded to custody of U. S. Marshal for:
       ❏ Trial on _____; or ❏ Sentencing on _____
**Defendant's ORAL MOTION to release defendant from custody.**
**Government does not take a position at this point.**
**Mr. Bethel's oral arguments to the Court regarding release.**
**Sandra Dixon's statements to the Court.**
**Court will discuss custody issue with USPO/USPTS and custody determination will be made.**