IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:05cr214-T |
| ) | WO |
| SANDRA G. DIXON   ) | |

**ORDER ON MOTION**

Upon consideration of defendant's oral motion for release pending sentencing,[1] and for good cause, it is

ORDERED that the motion be and hereby is DENIED. The court has received oral reports concerning the defendant from two pre-trial services officers and the probation officer, who unanimously recommend against release based upon defendant's demonstrated inability in the past to refrain from drug use. In addition, according to the probation officer, defendant faces an advisory sentencing guideline range of 15-21 months, not the six months discussed at the change of plea hearing. Accordingly, the court declines to revisit the detention order currently in effect in this case.

DONE, this 7th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant made this motion at her change of plea on December 6, 2005.