IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr214-T |
| | ) | |
| SANDRA G. DIXON | ) | |

**ORDER**

Upon consideration of defendant's motion to reconsider (Doc. # 43), filed December 12, 2005, and for good cause, it is

ORDERED that the government file a response to the motion on or before December 23, 2005.

DONE, this 16th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE