IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL NO. 2:05-cr-214-T** |
| **SANDRA G. DIXON** ) | |

### RESPONSE TO MOTION TO RECONSIDER

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files its response to the Defendant's Motion to Reconsider, filed on or about December 12, 2005, as follows:

1.  The Government is unaware of any changes in the defendant's status since the change of plea and defendant's oral motion for reconsideration given in open court.

2.  The government believes the court has discretion in this matter.

3.  The government concurs with the decision of the Court.

Respectfully submitted, this the 19th day of December, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Susan Redmond
    SUSAN REDMOND
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    (334) 223-7280
    (334) 223-7135 fax
    susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:05-cr-214-T |
| **SANDRA G. DIXON** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document will be sent to the following CM/ECF participant: Donnie Bethel.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan Redmond
SUSAN REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
susan.redmond@usdoj.gov