IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr214-T |
| | ) | |
| SANDRA G. DIXON | ) | |

**ORDER**

Upon consideration of defendant's motion to reconsider (Doc. # 43), filed December 15, 2005, and for good cause, it is

ORDERED that the motion is set for an evidentiary hearing at 9:00 a.m. on January 19, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 10th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE