MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

| | |
|---|---|
| HON. SUSAN RUSS WALKER, MAG JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED: January 19, 2006 | AT  9:00 a.m. |
| DATE COMPLETED: January 19, 2006 | AT  9:33 a.m. |

UNITED STATES OF AMERICA           *

vs                                                        *           2:05cr214-MHT

SANDRA G. DIXON                            *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Donnie Bethel |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Kevin Poole, USPO

PROCEEDINGS:

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: EVIDENTIARY HEARING ON DEFENDANT'S MOTION FOR RECONSIDERATION OF ORAL MOTION FOR RELEASE PENDING SENTENCING (DOC. #43)

| | |
|---|---|
| 9:00 a.m. | Court convenes |
| | Court's statements to parties regarding custody situation of defendant and reasons for this hearing |
| 9:04 a.m. | Defendant's direct examination (Dumas) |
| 9:06 a.m. | Government's cross-examination (Dumas) |
| 9:08 a.m. | Defendant's direct examination (Ritchie) |
| 9:10 a.m. | Government's cross-examination (Ritchie) |
| 9:11 a.m. | Defendant's direct examination (Fox) |
| 9:19 a.m. | Government's cross-examination (Fox) |
| 9:21 a.m. | Defendant's cross-examination (Dixon) |
| 9:27 a.m. | Defendant rests |
| | Government's direct examination (Poole) |
| 9:29 p.m. | Defendant's cross-examination (Poole) |
| 9:30 a.m. | Government rests |
| | Defendant's oral arguments |
| 9:31 a.m. | Court's statements to defendant. |
| 9:32 a.m. | Court will release defendant on the same pretrial release conditions as previously set out. |
| 9:33 a.m. | Court recessed |