IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA       *
                               *
VS.                            *       2:05cr 214-MHT
                               *
SANDRA G. DIXON                *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Kevin Poole | 1. Consuella Dumas |
|  | 2. Lucille Ritchie |
|  | 3. Lisa Fox |
|  | 4. Sandra Dixon |