IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )                CR. NO. 2:05cr214-T
                            )
SANDRA G. DIXON             )

**ORDER**

Upon consideration of defendant's motion to reconsider (Doc. # 43), filed December 15, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  Defendant shall be released pending sentencing on the same conditions of release entered August 8, 2005 (Doc. # 11).

Done, this 19th day of January, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE