IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr214-MHT |
| SANDRA G. DIXON | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Sandra G. Dixon's motion to continue sentencing (Doc. No. 49) is granted.

(2) Sentencing for defendant Dixon, now set for February 27, 2006, is reset for April 20, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 14th day of February, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**