IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR214-MHT |
| | ) | WO |
| SANDRA G. DIXON | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's unopposed motion to modify conditions of release (Doc. # 51) filed April 11, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The defendant shall provide all information pertaining to this travel to her probation officer and follow any further instructions as required by her probation officer.

DONE, this 11th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE