### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-214-MHT |
| ) | |
| SANDRA G. DIXON ) | |

### SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, **SANDRA G. DIXON**, through undersigned counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for April 20, 2006. In support of this motion, the Defendant would show the following:

1. On April 11, 2006, Defendant filed an Unopposed Motion to Modify Conditions of Release in order to travel to Cook County, IL to visit her nephew who had suffered a gunshot wound and was in critical condition.

2. On April 11, 2006, Magistrate Judge Susan Walker granted the Motion.

3. The Defendant's nephew died. The funeral is scheduled for Saturday, April 22, 2006 in Illinois. Defendant would like to attend the funeral.

4. The United States, through Assistant United States Attorney Susan Redmond, does not oppose this motion; Defendant's probation officer, Kevin Poole, also does not oppose this motion.

**WHEREFORE**, the Defendant, respectfully requests that this Honorable Court grant her motion to continue her sentencing hearing.

Dated this 14th day of April, 2006.

                                          Respectfully submitted,

                                          s/ Donnie W. Bethel
                                          DONNIE W. BETHEL
                                          Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail:don_bethel@fd.org
                                          IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-214-MHT |
| | ) | |
| **SANDRA G. DIXON** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49