IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )   2:05cr214-MHT
SANDRA G. DIXON             )
```

## ORDER

It is ORDERED as follows:

(1) Defendant Sandra G. Dixon's motion to continue sentencing (Doc. No. 53) is granted.

(2) Sentencing for defendant Dixon, now set for April 20, 2006, is reset for April 27, 2006, at 8:30 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 17th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE