IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-214-MHT |
| | ) | |
| SANDRA G. DIXON | ) | |

**THIRD UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the Defendant, **SANDRA G. DIXON**, through undersigned counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for April 27, 2006. In support of this motion, the Defendant would show the following:

1. On April 14, 2006, Defendant filed an Unopposed Motion to Continue Sentencing Hearing, which hearing was set for April 20, 2006, so that she could attend her nephew's funeral in Chicago. This Court granted that Motion and reset the sentencing hearing for April 27, 2006.

2. In that Motion undersigned counsel neglected to mention that he has previously scheduled military duty in the United States Air Force Reserves as an instructor at the Air Force Judge Advocate General School for the entire week of April 24, 2006, with the exception of Wednesday morning, April 26th. Undersigned counsel apologizes to the Court for not including this information in Defendant's previous Motion to Continue. Undersigned counsel will also be performing military duty the week of May 22, 2006.

3. Undersigned counsel has three sentencing hearings set for the morning of April 26th, but the first of these is not until 10 o'clock. Therefore, counsel is available prior to that time on Wednesday, April 26th. Otherwise, counsel requests that the Sentencing Hearing now set for April 27, 2006, be postponed until the following week.

**WHEREFORE**, the Defendant, respectfully requests that this Honorable Court grant her motion to continue her sentencing hearing.

Dated this 21st day of April, 2006.

                                      Respectfully submitted,

                                      s/ Donnie W. Bethel
                                      DONNIE W. BETHEL
                                      Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail:[don_bethel@fd.org](mailto:don_bethel@fd.org)
                                      IN Bar Code: 14773-49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-214-MHT |
| | ) | |
| **SANDRA G. DIXON** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: don_bethel@fd.org
        IN Bar Code: 14773-49