IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr214-MHT |
| SANDRA G. DIXON | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Sandra G. Dixon's motion to continue sentencing (Doc. No. 53) is granted.

(2) Sentencing for defendant Dixon, now set for April 27, 2006, is reset for April 26, 2006, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 24th day of April, 2006.

                     /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE