# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   APRIL 26, 2006            AT      9:10      A.M./P.M.

DATE COMPLETED   APRIL 26, 2006            AT      9:36      A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Cr No. 2:05-cr-00214-MHT |
| ) | |
| SANDRA G. DIXON ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA A. Clark Morris | X | Atty Susan James |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| James Dickens, | Sheila Carnes, | Nicole Birch, |
| Court Reporter | Courtroom Clerk | Law Clerk |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

| | |
|---|---|
| 9:10 a.m. | Court convened; sentencing hearing commenced. Terms of plea agreement were stated on the record by counsel. **Court accepts plea agreement.** Probation's recommendation re proposed sentence [10 months; split - 5 months (time served), 5 months home confinement]; no objections from the government; defendant concurs with PO's recommendation.  Probation officer directed to follow up and report to the court (1) status of child support for defendant's grandchildren and (2) defendant's employment. Sentence imposed. |
| 9:36 a.m. | Hearing concluded. |