UNITED STATES GOVERNMENT

# MEMORANDUM

| | |
|---|---|
| TO: | The Honorable Myron H. Thompson<br>United States District Judge |
| REPLY TO<br>ATTN OF: | Willie Bernard Ross, Jr.<br>Senior U. S. Probation Officer |
| SUBJECT: | **U. S. A. v. Sandra G. Dixon**<br>**Dkt. No. 2:05cr00214-MHT**<br>**EMPLOYMENT and CHILD SUPPORT STATUS** |
| DATE: | May 22, 2006 |

**COURT HISTORY**:

On April 26, 2006, the above-noted offender was sentenced to 5 months custody (time served) and 5 years supervised release by your honor. As a condition of supervised release, the defendant was ordered to participate in the home confinement program for 5 months, participate in drug testing and treatment, submit to a search pursuant to the district's search policy, provide any requested financial information, obtain no new credit, and pay restitution in the amount of $3620.51. During the sentencing hearing, your honor instructed the probation officer to report back to him regarding Dixon finding employment and her getting child support for her grandchildren of whom she has legal custody.

**SUPERVISION HISTORY**:

Since her release on probation, Dixon has complied with all conditions ordered by your honor. Dixon has not obtained employment at this time, however, she is actively seeking employment as instructed by this officer. Further, this officer and Dixon have formulated an arrangement wherein the father of the grandchildren would pay $50.00 a week to Dixon. When questioned regarding why she had not sought court-ordered child support, Dixon informed this officer that she believed that the father of her grandchildren provided adequate support without being subject to a court order. She stated that he was very compliant in providing for his children upon request.

Respectfully submitted,

/s/ Willie Bernard Ross
Willie Bernard Ross, Jr.
Senior United States Probation Officer

**Approved by:**

/s/ Scott Wright
Scott Wright
Supervising U.S. Probation Officer