PROB 12A
(7/93)

# United States District Court
## for
## Middle District of Alabama

## Report on Offender Under Supervision

Name of Offender: Sandra Dixon                    Case Number: 2:05-cr-00214-MHT

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence: April 26, 2006

Original Offense: Bank Fraud

Original Sentence: 5 months (TIME SERVED); followed by 5 year term of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: April 26, 2006

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Vio. 1: "The defendant shall not commit another federal, state or local crime." | On January 31, 2007, the defendant was arrested by the Montgomery Police Department and charged with Theft of Property 3rd degree. |

**U.S. Probation Officer Action:**

On February 2, 2007, Dixon reported that she had been arrested on January 31, 2007.  The arresting officer, Montgomery Police Officer C.B. Hogan, reports that Weldon Chafin, a security officer with Montgomery Security Department, was assigned to guard Lin Imports, Atlanta Highway, Montgomery, AL, when Dixon entered the store with three damaged chairs.  Dixon requested a cash refund, however, David Lin, store owner, offered her a store credit.  Dixon refused the offer and demanded a cash refund. Upon realizing that she would not receive a cash refund, Dixon took three new chairs outside the store, whereupon she proceeded to load the chairs into her vehicle.  Dixon was subsequently arrested in the store parking lot.

It is recommended that no action be taken by the Court pending the outcome of the case.  If the case is nol-prossed, the probation officer will seek no action from the Court; however, if there is a conviction, the probation officer will recommend some form of punitive sanction.

Respectfully submitted,

by      /s/ Willie Bernard Ross, Jr.

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: February 7, 2007

Reviewed and approved:    /s/ David Ron Thweatt
                Supervisory  U.S. Probation Officer

**PROB 12A**
**(7/93)**

2

*The Court directs that additional action be taken as follows:*

[  ]    Submit a Request for Modifying the Condition or Term of Supervision
[  ]    Submit a Request for Warrant or Summons
[  ]    Other
[X]    Concur with Probation Officer's recommendation
[  ]    No action necessary

    /s/ Myron H. Thompson
Signature of Judicial Officer


    February 13, 2007
Date